IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:02-cr-00029-MP-AK
1:06-cr-00041-MP-AK

RAYMOND REED, JR.,

    Defendant.
_____/

### **O R D E R**

This matter is before the Court on Doc. 16 in case number 1:06-cr-00041, Motion to Continue Trial, and Doc. 80 in case number 1:02-cr-00029, Motion to Continue Disposition. A hearing on these motions was held on Thursday, February 1, 2007. At the hearing, Defendant Reed requested a continuance in his trial, currently set for February 6, 2007, so that he may evaluate a negotiated plea that has recently been presented him, and so that his counsel may investigate and advise Defendant as to certain possible defenses. Defendant waives any speedy trial objection. Also, Defendant requested a continuance in his sentencing, currently scheduled for February 21, 2007, in order for counsel to interview mitigation witnesses and review discovery. The Government does not object to either motion. Therefore, after considering the matter, the motions are granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. Defendant Reed's Motion to Continue Trial, Doc. 16 in Case No. 1:06-cr-00041, is granted, and trial is continued to April 10, 2007, at 12:30 p.m.;

2. Defendant Reed's Motion to Continue Disposition, Doc. 80 in Case No. 1:02-cr-00029, is granted, and Defendant's sentencing is reset to Wednesday, June 20, 2007, at 1:30 p.m.

**DONE AND ORDERED** this   *2nd* day of February, 2007


       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge

*Case No: 1:02-cr-00029-MP-AK*