IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:06-cr-00041-MP-AK

RAYMOND REED, JR.,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a status conference held on Wednesday, March 28, 2007. During the conference, Defendant stated that he would like to enter a change of plea, and requested that his change of plea be scheduled for the same day as his co-defendant, Sheila Gillins, changes her plea. This request is granted, and Defendant's change of plea is hereby set for Thursday, April 5, 2007, at 2:30 p.m. The Clerk is directed to set notice for Defendant's change of plea.

    **DONE AND ORDERED** this  *28th* day of March, 2007

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge