IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO. 1:06-cr-00041-MP-AK

RAYMOND REED, JR.,

    Defendant.
_____/

### O R D E R

This matter is before the Court on Doc. 80, Motion for New Trial, filed by Defendant Raymond Reed, Jr. In his motion, Defendant Reed raises several arguments for why he should have a new trial. This motion, however, is not grounded on any newly discovered evidence. Therefore, under Rule 33(b)(2) of the Federal Rules of Criminal Procedure, Defendant was required to file any request for a new trial within seven days after the verdict or finding of guilty. Because the instant motion was not filed within this deadline, it is untimely. Therefore, Defendant's motion is denied.

**DONE AND ORDERED** this  *12th* day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge